# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Nickerson, William M. | **2. Court or Organization** <br><br> Maryland | **3. Date of Report** <br><br> 10/15/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge, Senior St | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> **5b.** ☑ Amended Report | **6. Reporting Period** <br><br> 01/01/2013 <br> to <br> 12/31/2013 |
| **7. Chambers or Office Address** <br><br> 101 W. Lombard Street <br> Baltimore MD 21201 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan | $30,507.06 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bristol Myers Squibb cmn | B | Dividend | M | T | | | | | |
| 2. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | L | T | | | | | |
| 3. Coca Cola Co. cmn | C | Dividend | M | T | | | | | |
| 4. Colgate Palmolive Co. cmn | B | Dividend | M | T | | | | | |
| 5. Diamond Offshore Drilling Co. cmn | A | Dividend | K | T | | | | | |
| 6. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 7. Equifax Inc. cmn | A | Dividend | L | T | | | | | |
| 8. General Electric Co. cmn | B | Dividend | L | T | | | | | |
| 9. General Mills Inc. cmn | B | Dividend | L | T | | | | | |
| 10. Johnson & Johnson cmn | C | Dividend | M | T | | | | | |
| 11. Merck & Co., Inc. cmn | A | Dividend | K | T | | | | | |
| 12. Pitney Bowes, Inc. cmn | A | Dividend | J | T | | | | | |
| 13. Procter & Gamble Co. cmn | A | Dividend | K | T | | | | | |
| 14. Mutual Shares Fund | A | Dividend | K | T | | | | | |
| 15. Exelon Corp. cmn | A | Dividend | J | T | | | | | |
| 16. Cheesecake Factory Inc. cmn | | None | L | T | | | | | |
| 17. Jones Grp cmn (Formerly Jones Apparel) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 19. T.R.P. Tax Exempt M/M | A | Dividend | M | T | | | | | |
| 20. J P Morgan - Trust (H) | A | Distribution | P1 | T | | | | | |
| 21. - J P Morgan US DollarPrincipal (Form Deposit Sweep Inst'l. | | | | | | | | | |
| 22. - JP Morgan Short Term Mun. Bd. Fd. | | | | | | | | | See VIII |
| 23. - Verizon Communications | | | | | | | | | |
| 24. - Chevron Corp. | | | | | | | | | |
| 25. - Dow Chemical | | | | | | | | | |
| 26. - Gen Elect Co | | | | | | | | | |
| 27. - Exxon Mobil Corp | | | | | | | | | |
| 28. - Altria Group, Inc. | | | | | | | | | |
| 29. - American Electric Power Co, Inc. | | | | | | | | | |
| 30. - Boeing Co. | | | | | | | | | |
| 31. - Bristol Meyers Squibb Co | | | | | | | | | |
| 32. - Consolidated Edison, Inc. | | | | | | | | | |
| 33. - Dominion Resources Inc VA | | | | | | | | | |
| 34. - Home Depot, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - McDonalds Corp. | | | | | | | | | |
| 36. - Duke Energy ( Formerly Hldg.) Corp. | | | | | | | | | |
| 37. - Travelers Cos. Inc. | | | | | | | | | |
| 38. - Mondalez Int'l. (formerly Kraft Foods, Inc.) | | | | | | | | | |
| 39. - Spectra Energy Corp. | | | | | | | | | |
| 40. - Pfizer Inc. | | | | | | | | | |
| 41. - Philip Morris Int'l., Inc. (X) | | | | | | | | | |
| 42. - Kellogg Co. | | | | | | | | | |
| 43. - Coca-Cola Co. | | | | | | | | | |
| 44. - Sysco Corp. | | | | | | | | | |
| 45. - Yum Brands Inc. | | | | | | | | | |
| 46. - Manning & Napier Fund Inc.,World Opp. Series Fd. | | | | | | | | | |
| 47. - JPM Asia Equity Fund | A | Dividend | L | T | Sold | 07/02/12 | L | | See VIII |
| 48. - Delaware Emerging Mkts. Fund | | | | | | | | | |
| 49. - Easton Vance Mutual Funds TR FLT RT CL 1 | | | | | | | | | |
| 50. - JPM High Yield Fund | | | | | | | | | |
| 51. - Kraft Foods Group, Inc. | A | Dividend | J | T | Spinoff (from line 38) | 10/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T. Rowe Price New Asia Fd. | A | Dividend | L | T | Buy | 07/02/12 | | | See VIII |
| 53. Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 54. Intel Corp cmn | A | Dividend | K | T | | | | | |
| 55. PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 56. Microsoft Corp cmn | A | Dividend | J | T | | | | | |
| 57. T. Rowe Price Inc. cmn | A | Dividend | L | T | | | | | |
| 58. Zebra Tech cmn | | None | L | T | | | | | |
| 59. Wal-Mart Stores cmn | A | Dividend | K | T | | | | | |
| 60. Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | J | T | | | | | |
| 61. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 62. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 63. Express Scripts Hldg. Co. | | None | J | T | | | | | |
| 64. Massachusetts Mutual Ins. Co. - whole life policy | B | Dividend | L | T | | | | | |
| 65. Navy Mutual Aid Ass'n. perm. plus life ins. policy | B | Dividend | K | T | | | | | |
| 66. Amer. Trust Co. ACF W. Nickerson IRA (H) | | | | | | | | | |
| 67. - Columbia Acorn Fd. - A | A | Dividend | K | T | Sold (part) | 03/26/13 | K | D | |
| 68. - Columbia Diversified Bd. Fd. Cl A | A | Dividend | J | T | Sold | 03/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -(Columbia High Yield Bd. Fd. Cl A | A | Dividend | | | Buy (add'l) | 03/26/13 | K | | |
| 70. " " " " | | | K | T | Sold (part) | 12/16/13 | K | B | |
| 71. - I Shares MSCI Emerging Mkts. | A | Dividend | K | T | Buy (add'l) | 03/26/13 | J | | |
| 72. - I Shares Russell 1000 Value | A | Dividend | | | Sold (part) | 03/26/13 | J | A | |
| 73. " " " " | | | L | T | Buy (add'l) | 12/16/13 | J | | |
| 74. - I Shares Russell 1000 Growth | A | Dividend | | | Sold (part) | 03/26/13 | K | D | |
| 75. - " " " | | | K | T | Sold (part) | 12/16/13 | J | C | |
| 76. - I Shares S&P Midcap400 Barra Growth Index Fd. | A | Dividend | | | Sold (part) | 03/26/13 | K | E | |
| 77. - " " " " | | | K | T | Buy (add'l) | 12/16/13 | J | | |
| 78. - I Shares S&P Midcap 400 Barra-Value Index Fd. | A | Dividend | K | T | | | | | |
| 79. - I Shares S&P Smallcap ETF | A | Dividend | K | T | Sold (part) | 03/26/13 | K | E | |
| 80. - Morgan Stanley Capital Trust V | A | Dividend | K | T | | | | | |
| 81. - Fidelity Advisor New Insights - T Fd. | | None | L | T | Sold (part) | 03/26/13 | J | A | |
| 82. - MFS Intl. Diverse - A | A | Dividend | K | T | Sold (part) | 03/26/13 | J | A | |
| 83. - Fidelity Advisor Mid Cap II - A | | None | K | T | Sold (part) | 03/26/13 | K | D | |
| 84. - Ameriprise Insured Money Mkt. | A | Dividend | J | T | | | | | |
| 85. - Columbia Div. Opportunity Fd. Cl. A | A | Dividend | L | T | Buy (add'l) | 03/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Columbia Acorn International Fd. A | A | Dividend | K | T | Sold (part) | 03/26/13 | J | A | |
| 87. Amer. Trust Co. ACF W. Nickerson IRA(H) #4634 | | | | | | | | | |
| 88. - Ameriprise Insd. M/M | A | Dividend | J | T | Buy | 04/04/13 | J | | |
| 89. - CNL Health Care Inc. | A | Dividend | L | T | Buy | 04/02/13 | L | | |
| 90. - Columbia Income Bldr. Cl A | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 91. - John Hancock Strategic Inc. Opp. Cl A | A | Dividend | K | T | Buy | 03/26/13 | K | | |
| 92. - " " " " | | | | | Buy (add'l) | 12/16/13 | K | | |
| 93. - Fidelity Advisor Strategic Inc. Cl A | A | Dividend | K | T | Buy | 03/26/13 | L | | |
| 94. - " " " | | | | | Sold (part) | 12/17/13 | K | A | |
| 95. - MFS New Discovery Value Cl A | A | Dividend | K | T | Buy | 03/26/13 | K | | |
| 96. - Columbia Intermediate Bd. Cl A | A | Dividend | L | T | Buy | 03/15/13 | J | | |
| 97. - " " " | | | | | Buy (add'l) | 03/26/13 | L | | |
| 98. - " " " | | | | | Sold (part) | 12/16/13 | L | D | |
| 99. Columbia Mid Cap Value - A Fund | A | Dividend | K | T | | | | | |
| 100. AIM Invesco Smallcap Equity Fd Cl A | A | Dividend | K | T | | | | | |
| 101. Columbia Global Infrst Cl A (formerly Columbia Recovery & Infrst A Fd | A | Dividend | K | T | | | | | |
| 102. & Infrs tA Fund ) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 104.  Fidelity Advisor New Insights A Fd. | | None | K | T | | | | | |
| 105.  MFS Value - A Fd. | A | Dividend | K | T | | | | | |
| 106.  Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 107.  Oppenheimer Developing Mkts. - A Fd. | A | Dividend | K | T | | | | | |
| 108.  Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | T | | | | | |
| 109.  - VP Partner Sm Cap C13 | | | | | | | | | |
| 110.  - WFADV VT Sm Ca Gr C2 | | | | | | | | | |
| 111.  - Allbern VPS Intl Val | | | | | | | | | |
| 112.  - COL Mid Cap Val C13 | | | | | | | | | |
| 113.  - Fid VIP Mid Cap Cl 2 | | | | | | | | | |
| 114.  - COL VP Divdnd Opp C13 | | | | | | | | | |
| 115.  - COL VP Emg Mkt C13 | | | | | | | | | |
| 116.  - COL VP Incom Oppt C12 | | | | | | | | | |
| 117.  Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | T | | | | | |
| 118.  - VP Partner Sm Cap C13 | | | | | | | | | |
| 119.  - WFADV VTG Sm Ca Gr C2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Allbern VPS Intl Val | | | | | | | | | |
| 121.  - COL Mid Cap Val C 13 | | | | | | | | | |
| 122.  - Fid VIP MidCap Cl 2 | | | | | | | | | |
| 123.  - COL VP Divnd Opp C 13 | | | | | | | | | |
| 124.  - COL VP Emg Mkt C 13 | | | | | | | | | |
| 125.  - COL VP Incom Oppt C 12 | | | | | | | | | |
| 126.  Investment property, Baltimore, MD | | None | M | R | | | | | see VIII |
| 127.  Lender Proc. Svcs., Inc. - cmn | A | Dividend | J | T | | | | | |
| 128.  Riversource Ret. Adv. 4 Ad. VA Annuity | C | Int./Div. | M | T | | | | | |
| 129.  - Col VP Cont Core | | | | | | | | | |
| 130.  - Col VP Dividend Opps | | | | | | | | | |
| 131.  - Col VP Emerging Mkt | | | | | | | | | |
| 132.  - Col VP Lg Cap Growth | | | | | | | | | |
| 133.  - Col VP Lg Core Quant | | | | | | | | | |
| 134.  - Col VP Mid Cap Gr Opp | | | | | | | | | |
| 135.  - Colo VP Mid Cao Val Opp | | | | | | | | | |
| 136.  - Col VP Select LC Val | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - VP-Am Century Growth | | | | | | | | | |
| 138.  - VP-Columb Wanger Inter | | | | | | | | | |
| 139.  - VP-Columb Wanger US Eq | | | | | | | | | |
| 140.  - VP-DFA International | | | | | | | | | |
| 141.  - VP-Holland LC Growth | | | | | | | | | |
| 142.  - VP-Invesco Internat | | | | | | | | | |
| 143.  - VP-Jennison Mid Growth | | | | | | | | | |
| 144.  - VP-MFS Value | | | | | | | | | |
| 145.  - VP-Mondrian Inter Sm | | | | | | | | | |
| 146.  - VP-Morg Stan Global RE | | | | | | | | | |
| 147.  - VP-NFJ Dividend Value | | | | | | | | | |
| 148.  - VP-NFN Win Lrg Cap Gr | | | | | | | | | |
| 149.  - VP-Partners Sm Cap Val | | | | | | | | | |
| 150.  - VP-Partners Small Grth | | | | | | | | | |
| 151.  Franklin MD Tax Free Inc. - A | A | Dividend | J | T | | | | | |
| 152.  Columbia Acorn Int'l. - A Fd. | A | Dividend | K | T | | | | | |
| 153.  Pfizer, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Ameriprise Insured Money Market Fd. | A | Dividend | J | T | | | | | |
| 155.  Riversource Ret. Adv. 4 Ad. VA Annuity | A | Int./Div. | L | T | | | | | I |
| 156.  - Coil VP Cont Core | | | | | | | | | |
| 157.  - Col VP Dividend Opps | | | | | | | | | |
| 158.  - Col VP Emerging Mkt | | | | | | | | | |
| 159.  - Col VP Lg Cap Growth | | | | | | | | | |
| 160.  - Col VP Lg Core Quant | | | | | | | | | |
| 161.  - Col VP Mid Cap Gr Opp | | | | | | | | | |
| 162.  - Col VP Mid Cap Val Opp | | | | | | | | | |
| 163.  - Col VP Select LC Val | | | | | | | | | |
| 164.  - VP-Am Century Growth | | | | | | | | | |
| 165.  - VP-Columb Wanger Inter | | | | | | | | | |
| 166.  - VP-Columb Wanger US Eq | | | | | | | | | |
| 167.  - VP-DFA International | | | | | | | | | |
| 168.  - VP-Holland LC Growth | | | | | | | | | |
| 169.  - VP-Invesco Internat | | | | | | | | | |
| 170.  - VP-Jennison Mid Growth | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - VP-MFS Value | | | | | | | | | |
| 172.  - VP-Mondrian Inter Sm | | | | | | | | | |
| 173.  - VP-Morg Stan Global RE | | | | | | | | | |
| 174.  - VP-NFJ Dividend Value | | | | | | | | | |
| 175.  - VP-Nvn Win Lrg Cap Gr | | | | | | | | | |
| 176.  - VP-Partners Sm Cap Val | | | | | | | | | |
| 177.  - VP-Partners Small Grth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1  Part VII, line 22. This fund was erroneously reported on last year's report as "sold". In actuality, the sale was only a partial sale.

2. Part VII, lines 47and 52 reference  transaction dates outside of the reporting dates because the assets are held in a trust administered by the JP Morgan Chase Bank which only provides trading information for its fiscal year July 1, 2012 to June 30, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William M. Nickerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544